# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL REYNOSO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-0314 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 13) |

On November 25, 2019, the parties stipulated for the Commissioner to have an extension of time to file a response to Plaintiff's opening brief. (Doc. 13 at 1) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. The extension of time is **GRANTED**; and
2. Defendant **SHALL** file a response to the opening brief no later than **January 2, 2020**.

IT IS SO ORDERED.

Dated: **November 26, 2019**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1