# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL REYNOSO, | Case No.: 1:19-cv-0314 JLT |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (Doc. 18) |
| Defendant. | |

Joel Reynoso and Andrew Saul, Commissioner of Social Security, stipulated for the payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 18)  Subject to the terms of the stipulation, the Court **ORDERS:**

1. Plaintiff's request for fees (Doc. 18) is **GRANTED**; and

2. Fees in the total amount of $3,000.00 are **AWARDED** to Plaintiff, Joel Reynoso.

IT IS SO ORDERED.

Dated: **November 3, 2020**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE